UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JACKSON,<br>          Plaintiff,<br>    v.<br>ED SOARS,<br>          Defendant. | Case No. 22-cv-02247-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Laurel Beeler to determine whether it is related to *Jackson v. Soars*, Case No. 22-cv-2184-LB.

**IT IS SO ORDERED**.

Dated: April 13, 2022

_____
SALLIE KIM
United States Magistrate Judge