IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>ED SOARS,<br><br>    Defendant.<br>_____ | Case No. 22-cv-02184-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION WITH PREJUDICE** |
| LAWRENCE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>ED SOARS,<br><br>    Defendant. | Case No. 22-cv-02247-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION WITH PREJUDICE** |

Before the Court is Magistrate Judge Laurel Beeler's Report and Recommendation, filed May 24, 2022, whereby said Magistrate Judge recommends the Court dismiss the above-titled actions pursuant to 28 U.S.C. § 1915(e)(2)(B). No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled actions are hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: June 21, 2022

MAXINE M. CHESNEY
United States District Judge